### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

ROBERT L. RUTZ                                                    PLAINTIFF

        **v.**        **Civil No. 12-5024**

DISCOVER FINANCIAL SERVICES;
NATIONAL ARBITRATION FORUM, INC.;
NATIONAL ARBITRATION FORUM, LLC;
DISPUTE MANAGEMENT SERVICES, LLC
(d/b/a FORTHRIGHT);
ACCRETIVE, LLC; and AGORA                                         DEFENDANTS


### ORDER OF DISMISSAL

The Court, having considered and granted defendant Discover Financial Services' motions to dismiss plaintiff's original and amended complaints, and having found that plaintiff has failed to state a claim upon which relief may be granted, hereby dismisses this case as to all defendants.

**IT IS SO ORDERED** this 25th day of September, 2012.


                       /s/ Jimm Larry Hendren
                      JIMM LARRY HENDREN
                      UNITED STATES DISTRICT JUDGE